

WILLIAM R. TAMAYO, REGIONAL ATTORNEY
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
SAN FRANCISCO DISTRICT OFFICE
350 THE EMBARCADERO, SUITE 500
SAN FRANCISCO, CALIFORNIA 94105-1260

JOHN STANLEY, SUPERVISORY TRIAL ATTORNEY
MAY CHE, TRIAL ATTORNEY
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVENUE, SUITE 400
SEATTLE, WA 98104
TEL: (206) 220-6919
may.che@eeoc.gov

ATTORNEYS FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | CIVIL ACTION NO. CV'10-6306 TC |
| Plaintiff, | COMPLAINT |
| v. | JURY TRIAL DEMAND |
| HOLIDAY SPECIALTREES, LLC | |
| Defendant. | |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of

COMPLAINT- Page 1 of 7

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

national origin and on the basis of sex, and to provide appropriate relief to Salomon Vasquez Martinez ("Mr. Martinez") and Diego Lazaro ("Mr. Lazaro"), each who was adversely affected by such practices. The Equal Employment Opportunity Commission alleges that defendant, Holiday Specialtrees, LLC ("Holiday Specialtrees") subjected Mr. Martinez and Mr. Lazaro to a hostile work environment because of national origin (Mixtec) and because of sex. Plaintiff seeks monetary and injunctive relief, including pecuniary and nonpecuniary compensatory and punitive damages on behalf of Mr. Martinez and Mr. Lazaro.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. sections 2000e-5(f)(1) and (3) ("Title VII"), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the District of Oregon.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) of Title VII, 42 U.S.C. §2000e-5(f)(1).

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

4.  At all relevant times, defendant Holiday Specialtrees has been a corporation continuously doing business in the State of Oregon and has continuously had at least 15 employees.

5.  At all relevant times, defendant Holiday Specialtrees has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§2000e-(b), (g) and (h).

## STATEMENT OF CLAIMS

6.  More than thirty days prior to the institution of this lawsuit, charging party filed a charge with the Commission alleging violations of Title VII by defendant Holiday Specialtrees. All conditions precedent to the institution of this lawsuit have been fulfilled.

7.  From approximately Fall of 2005 through Spring of 2009, defendant Holiday Specialtrees has engaged in unlawful employment practices at its tree plantation in Woodburn, Oregon in violation of § 703(a) of Title VII, 42 U.S.C. § 2000e-2(a). The practices include subjecting Mr. Martinez and Mr. Lazaro to a hostile work environment because of national origin.

8.  From approximately Fall of 2005 through Spring of 2009, defendant Holiday Specialtrees has engaged in unlawful employment practices at its tree plantation in Woodburn, Oregon in violation of § 703(a) of Title VII, 42 U.S.C. § 2000e-2(a). The practices include subjecting Mr. Martinez and Mr. Lazaro to a hostile work environment because of sex.

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

9. The practices complained of in paragraph 7 by Mr. Martinez and Mr. Lazaro were carried out by the direct supervisor ("Supervisor") of Mr. Martinez and Mr. Lazaro.

10. The practices complained of in paragraph 8 by Mr. Martinez and Mr. Lazaro were carried out by the Supervisor, a Crew Lead ("Crew Lead") who also had supervisorial authority over Mr. Martinez and Mr. Lazaro, and other employees at defendant Holiday Specialtrees. The practices complained of carried out by coworkers were known to the Supervisor and encouraged by him.

11. The practices complained of in paragraph 7 by Mr. Martinez and Mr. Lazaro include, but are not limited to, the following: the Supervisor prohibited Mr. Martinez and Mr. Lazaro from speaking their native dialect Mixtecan because he said their language "sounded ugly"; the Supervisor frequently called them "damn Indian dog" (pinche indio perro), "scabby dog" (perro sarnoso), and "piece of shit" (pedazo de meirda); the Supervisor physically abused Mr. Lazaro by pushing him to the ground; the Supervisor threatened Mr. Martinez with his machete; the Supervisor required that Mr. Martinez and Mr. Lazaro contribute to the Supervisor's daily beer fund and subject Mr. Martinez and Mr. Lazaro to retaliatory treatment if they refused.

12. The practices complained of in paragraph 8 by Mr. Martinez include, but are not limited to, the following: the Supervisor subjected Mr. Martinez to sexually offensive comments such as, "I like your butt" (me gustan tus nalgas), "I want to fuck you" (tengo ganas de culiarte), and "you're a virgin" (estas quinto); the Supervisor exposed his penis to Mr. Martinez on at least one occasion; the Crew Lead exposed his

COMPLAINT- Page 4 of 7

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

penis to Mr. Martinez on several occasions; the Crew Lead subjected Mr. Martinez to sexually offensive comments such as, "I want to stick it to you" (se me antoja echarte un palo), "you have a nice butt" (tienes buenas nalgas), and "you're tight" (estas apretado); the Crew Lead touched Mr. Martinez on the buttocks and chest; the Crew Lead picked up Mr. Martinez from behind and rubbed his groin against Mr. Martinez; and coworkers who were also relatives of the Supervisor exposed their penises to Mr. Martinez on several occasions.

13. The practices complained of in paragraph 8 by Mr. Lazaro include, but are not limited to, the following: the Supervisor touched Mr. Lazaro's buttocks, nipples, and chest; the Supervisor subjected Mr. Lazaro to sexually offensive comments such as, "old fag" (Viejo joto), "I want to fuck you" (tengo ganas de culiarte), and "suck my dick" (mamame la verta), and that it would "feel really good" because Mr. Lazaro did not have teeth; and coworkers who were also relatives of the Supervisor exposed their penises to Mr. Lazaro on several occasions.

14. Defendant Holiday Specialtrees did not provide charging parties or any other employees with training or policies about sexual harassment and how to report it.

15. The effect of the practices complained of in paragraph 7 -14 above has been to deprive Mr. Martinez and Mr. Lazaro of equal employment opportunities.

16. The unlawful employment practices complained of in paragraph 7-14 above were intentional.

COMPLAINT- Page 5 of 7

EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

17. The unlawful employment practices complained of in paragraph 7-14 above were done with malice or with reckless indifference to the federally protected rights of the charging parties.

### PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining defendant, its officers, successors, agents, assigns, and all persons in active concert or participation with it, from engaging in any employment practices which discriminate.

B. Order defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for all employees, and which eradicate the effects of its past and present unlawful employment practices.

C. Order defendant to make whole Mr. Martinez and Mr. Lazaro by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraph 7-14 above, including past and future out-of-pocket expenses, in amounts to be determined at trial.

D. Order defendant to make whole Mr. Martinez and Mr. Lazaro by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in paragraph 7-14 above, including without limitation emotional pain, suffering, and loss of enjoyment of life, in amounts to be determined at trial.

E. Order defendant to pay Mr. Martinez and Mr. Lazaro punitive damages for its malicious and reckless conduct described in paragraph 7-14 above, in amounts to be determined at trial.

COMPLAINT- Page 6 of 7

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

G.  Grant such further relief as the Court deems necessary and proper in the public interest.

H.  Award the Commission its costs of this action.

<u>JURY TRIAL DEMAND</u>

The Commission requests a jury trial on all questions of fact raised by its complaint.

DATED this 23rd day of September, 2010.

| | |
|---|---|
| WILLIAM R. TAMAYO<br>Regional Attorney | P. DAVID LOPEZ<br>General Counsel |
| JOHN STANLEY<br>Supervisory Trial Attorney | JAMES L. LEE<br>Deputy General Counsel |
| MAY CHE<br>Trial Attorney | GWENDOLYN Y. REAMS<br>Associate General Counsel |

BY: /s/
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Seattle District Office
909 First Avenue, Suite 400
Seattle, Washington 98104
Telephone (206) 220-6919

Office of the General Counsel
1801 "L" Street NW
Washington, D.C. 20507

Attorneys for Plaintiff

COMPLAINT- Page 7 of 7

EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882